IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PREMIER BODY AND PAINT, INC., )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE AUTO PROPERTY & CASUALTY )<br>INSURANCE COMPANY, )<br>Defendant. )<br>_____) | CASE #: 20-1032 |

**NOTICE OF REMOVAL**

COMES NOW the defendant by and through Travis J. Ternes of the law firm of Watkins Calcara, Chtd., its attorneys, and gives notice of the removal of the above captioned action from the District Court of Cowley County, Kansas, 19th Judicial District, to the United States District Court for the District of Kansas, pursuant to 28 U.S.C §§ 1441, 1446 and D. Kansas Rule 81.1. In support of this notice, the defendant states as follows:

1.  The above-captioned matter was filed in the 19th Judicial District, in the District Court of Cowley County, Kansas, on or about November 20, 2019 and is now pending.

2.  The Petition was served on the Kansas Commissioner of Insurance, as the agent to receive service on behalf of all licensed domestic and foreign insurance companies admitted in Kansas for any action filed in any Kansas court for the defendant on December 19, 2019.

3.  The grounds for removal are:

    Defendant's is a foreign insurance company with its place of business in Columbus, Ohio and the amount in controversy is over $75,000.00.

This court has jurisdiction under 28 U.S.C. 1332(a)(1) and removal is appropriate under 28 U.S.C. 1441.

4. A copy of process and petition served upon this defendant are attached as Exhibit A. No orders have been served upon this defendant.

5. A copy of the written notice served upon adverse counsel and filed in state court is attached hereto as Exhibit B.

6. A copy of the filed answer by the defendants filed in state court is attached hereto as Exhibit C.

7. Discovery has not been commenced and no case management or scheduling conference has been set in the state court case.

WATKINS CALCARA, CHTD.

/s/   TRAVIS J. TERNES
Travis J. Ternes, #27184
1321 Main - Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231: tternes@wcrf.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of February, 2020, I electronically filed the above and foregoing Notice of Removal with the clerk of the court by using the CM/ECF system and a copy was emailed and/or mailed postage paid to:

Alan R. Pfaff  
WITHERS, GOUGH, PIKE & PFAFF, LLC  
O.W. Garvey Building  
200 W. Douglas, Suite 1010  
Wichita, KS  67202  
Attorneys for Plaintiff

                                                              /s/     TRAVIS J. TERNES  
                                                                  Travis J. Ternes, #27184