## STATE OF KANSAS
## DEPARTMENT OF INSURANCE

## COMMISSIONER'S PROOF OF SERVICE

Premier Body & Paint, Inc.

Plaintiff

VS.

State Auto Property and Casualty
Insurance Company

Defendant

Case No. 19-CV-000148-W

District Court
Cowley County
Winfield, Kansas

2019 DEC 23 AM 9:33

I, Vicki Schmidt, Commissioner of Insurance, do hereby certify that on December 19, 2019, I received the Summons and Petition in the above captioned case.

Pursuant to K.S.A. 40-218, a copy thereof was forwarded by certified mail, return receipt requested to:

State Auto Property and Casualty
Insurance Company
Attn: Melissa A. Centers
1300 Woodland Avenue
West Des Moines, IA 50265-2306

DISPOSITION: Clerk is to indicate final disposition on second copy and forward same to: KANSAS COMMISSIONER OF INSURANCE, 1300 SW ARROWHEAD ROAD, TOPEKA, KANSAS, 66604.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at the City of Topeka, this 19th day of December, 2019.

Vicki Schmidt
Commissioner of Insurance

BY:

Justin L. McFarland
General Counsel

**EXHIBIT A**

Case 6:20-cv-01032-JAR-KGG   Document 1-1   Filed 02/05/20   Page 2 of 6

JAN/09/2020/THU 09:47 AM    Co. Co. Dist. Court         FAX No. 620 221 1097              P. 010

ELECTRONICALLY FILED
2019 Dec 12 PM 2:55
CLERK OF THE COWLEY CO-WINFIELD DISTRICT COURT
CASE NUMBER: 2019-CV-000148-W



Court:         Cowley Co-Winfield District Court

Case Number:   2019-CV-000148-W

Case Title:    Premier Body and Paint Inc vs. State Auto Property
               & Casualty Insurance Company

Type:          Summons

SO ORDERED.

/s/ Cindy Carter, Deputy Clerk

Electronically signed on 2019-12-12 14:55:05   page 1 of 2

EXHIBIT A

IN THE NINETEENTH JUDICIAL DISTRICT
DISTRICT COURT, COWLEY COUNTY, KANSAS
WINFIELD CIVIL DEPARTMENT

PREMIER BODY & PAINT, INC.,

Plaintiff,

VS

STATE AUTO PROPERTY & CASUALTY INSURANCE CO.,

Defendant.

PURSUANT TO K.S.A. CHAPTER 60

**ATTORNEY SERVICE-CERTIFIED MAIL**

State Auto Property & Casualty Insurance Co.
c/o Commissioner of Insurance
Attn: Legal Division
Kansas Insurance Department
420 SW 9th Street
Topeka, KS 66612

CASE NO. 19-CV-000148-W

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Alan R. Pfaff of Withers, Gough, Pike, Pfaff & Peterson LLC, plaintiff's attorney, whose address is 200 W. Douglas, Suite 1010, Wichita, KS 67202, a pleading to the petition which is herewith served upon you, within 40 days after service of this summons upon you, exclusive of the day of service. If you fail to do so judgment by default will be taken against you for the relief demanded in the petition. Your pleading must also be filed with the court. As provided in subsection (a) of K.S.A. 60-213, and amendments thereto, your answer must state as a counterclaim any related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

**REASONABLE ACCOMMODATIONS WILL BE PROVIDED IN
ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT.**

Clerk of the District Court of Cowley County, Kansas

(SEAL)

Dated: _____

By: _____, Deputy

### RETURN SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

[1] **Personal Service.** By delivering on the _____ day of _____, 20____, a copy of the summons and a copy of the petition to each of the within-named defendants _____

[2] **Residence Service.** By leaving on the _____ day of _____, 20____, for each of the within-named defendants _____ a copy of the summons and a copy of the petition at the respective dwelling place or usual place of abode of such defendants with some person of suitable age and discretion residing therein.

[3] **Agent Service.** By delivering on the _____ day of _____, 20____, a copy of the summons and a copy of the petition to each of the following agents authorized by appointment or by law to receive service of process _____

[4] **Residence Service and Mailing.** By leaving a copy of the summons and a copy of the petition at the dwelling house or usual place or abode and mailing by first-class mail to each of the following defendants a notice that such copy has been so left _____

[5] **Certified Mail Service.** I hereby certify that I have served the within summons: (1) By mailing on the _____ day of _____, 20____, a copy of the summons and a copy of the petition in the above action as certified mail return receipt requested to each of the within-named defendants; (2) the name and address on the envelope containing the process mailed as certified mail return receipt requested were as follows _____
By: _____

[6] **Certified Mail Refused.** I hereby certify that on the _____ day of _____, 20____, I mailed a copy of the summons and petition in the above action by first-class mail, postage prepaid to _____ at _____

[7] **No Service.** The following defendants were not found in this county:

Dated: _____, 20____
_____ Sheriff
By: _____ Deputy

**EXHIBIT A**

ELECTRONICALLY FILED
2019 Nov 20 PM 1:45
CLERK OF THE COWLEY CO-WINFIELD DISTRICT COURT
CASE NUMBER: 2019-CV-000148-W

IN THE NINETEENTH JUDICIAL DISTRICT
COWLEY COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| PREMIER BODY & PAINT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. _____ |
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

PURSUANT TO CHAPTER 60

## PETITION

COMES NOW the plaintiff, and for its cause of action against defendant, alleges and states:

1. Plaintiff is a Kansas corporation with its principal place of business at 1424 South Summit Street, Arkansas City, Kansas.

2. Defendant is an out-of-state insurance company authorized to transact business in Kansas. Defendant may be served through the Kansas Commissioner of Insurance pursuant to K.S.A. 40-218.

3. The property damage at issue in this lawsuit occurred in Cowley County, Kansas. Venue is proper in Cowley County District Court.

4. This court has subject matter jurisdiction over the claims of the plaintiff and personal jurisdiction over the defendant.

EXHIBIT A

5. Defendant issued an insurance policy, No. BOP2863324503, covering plaintiff's building located at 1424 South Summit Street, Arkansas City, Kansas. The insurance contract covered damage to the insured property caused by hail.

6. On March 29, 2019, hail caused significant damage to plaintiff's property at 1424 South Summit Street, Arkansas City, Kansas. The damage is covered by defendant's insurance policy issued to plaintiff.

7. Plaintiff timely reported the hail loss to defendant. Defendant has failed and refused to make payment to defendant for the insured loss as required by the policy. This failure to pay covered benefits is without just cause and excuse and is a breach of the insurance contract.

8. As a result of defendant's breach of contract, plaintiff has sustained property damage in the amount of $146,645.74.

9. Plaintiff is entitled to costs and attorney's fees pursuant to K.S.A. 40-908 and K.S.A. 40-256 for defendant's breach of the insurance contract.

WHEREFORE, plaintiff prays for judgment in the amount of $146,645.74, for costs (including attorney's fees), interest as allowed by law, and for such further relief as the court deems just and equitable.

Submitted by:

WITHERS, GOUGH, PIKE, & PFAFF LLC

By: /s/ Alan R. Pfaff
Alan R. Pfaff, #12949
O. W. Garvey Bldg., Suite 1010
200 W. Douglas
Wichita, KS 67202
316.267.1562 (telephone)
316.303.1018 (facsimile)
*Attorneys for Plaintiff*

EXHIBIT A

JAN/09/2020/THU 09:46 AM   Co. Co. Dist. Court            FAX No. 620 221 1037             P. 003

Case 6:20-cv-01032-JAR-KGG   Document 1-1   Filed 02/05/20   Page 6 of 6

## DEMAND FOR JURY TRIAL

Defendant respectfully demands a trial by a jury in the above captioned matter.

                           /s/ Alan R. Pfaff
                           Alan R. Pfaff

EXHIBIT A