IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PREMIER BODY AND PAINT, INC., )<br>    Plaintiff, )<br>                )<br>vs.              )<br>                )<br>STATE AUTO PROPERTY & CASUALTY )<br>INSURANCE COMPANY, )<br>    Defendant/ )<br>    Third Party Plaintiff, )<br>               )<br>vs.              )<br>                )<br>CONTINENTAL WESTERN INSURANCE )<br> COMPANY, )<br>    Third-Party Defendant. )<br>_____) | CASE #: 20-1032-JAR-KGG |

**STIPULATION OF DISMISSAL**

NOW ON THIS 24th day of July, 2020, comes the plaintiff by and through his attorney Alan Pfaff of the law firm of Withers, Gough, Pike & Pfaff, LLC. and the defendant, by and through its attorney, Travis J. Ternes of the law firm of Watkins Calcara, Chtd., in the above-captioned matter and enter into this Stipulation of Dismissal, pursuant to FED. R. CIV. P. 41.

The parties stipulate that they have settled their differences and that all claims asserted herein or that could have been asserted herein should be dismissed with prejudice and that each party in the action bear its own costs.

APPROVED BY:

WITHERS, GOUGH, PIKE & PFAFF, LLC
O.W. Garvey Building
200 W. Douglas, Suite 1010
Wichita, KS  67202
Attorneys for Plaintiff

/s/      ALAN PFAFF
          Alan Pfaff, #12949

WATKINS CALCARA, CHTD
1321 Main - Suite 300
Great Bend, Kansas 67530
Attorneys for Defendant


/s/       TRAVIS J. TERNES
          Travis J. Ternes, #27184